# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT M. SEMON d/b/a LONE STAR WHOLESALE | § § § | |
| v. | § § | Case No. 4:09-CV-590 Judge Schneider/Judge Mazzant |
| ERIC E. HOLDER, JR., Attorney General of the United States | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On January 28, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Emergency Motion for Injunctive Relief (Dkt. #4) should be denied.

The Court, having made a *de novo* review of the objections raised by Plaintiff, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Plaintiff's Emergency Motion for Injunctive Relief (Dkt. #4) is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 18th day of February, 2010.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE